# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALTAN ZAGSAW,<br><br>    Petitioner,<br><br>  v.<br><br>DAVE DAVEY, Warden, and JEFFREY BEARD, Director of CDCR,<br><br>    Respondent. | Case No. 1:15-cv-00793-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Pelican Bay State Prison, Crescent City, California. As a result, Dave Davey, the warden of the California State Prison, Corcoran, no longer has custody of Petitioner. Clark Ducart, Warden of Pelican Bay State Prison, now has custody of Petitioner.

In addition, F.R.Civ.P. 25(d) provides that when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Scott Kernan has succeeded Jeffrey Beard, Ph.D., as Secretary of CDCR.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Clark Ducart, Warden, Pelican Bay State Prison, and Scott Kernan, Secretary of CDCR, as Respondents.

IT IS SO ORDERED.

Dated: **March 7, 2016**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE